IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHARON SHERER,

Plaintiff,

v.

REALTY INCOME ILLINOIS
PROPERTIES 3, LLC, *et al.*,

Defendants.

Case No. 18-cv-1308 JPG/RJD

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: June 27, 2019**  **MARGARET M. ROBERTIE, Clerk of Court**

*s/Tina Gray*
   **Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
           **J. PHIL GILBERT**
           **DISTRICT JUDGE**